**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES**

**V.**                                                                                         **CASE NO. 2:07CR156**

**LOREAL STUCKEY**                                                            **DEFENDANT**

## ORDER

This cause comes before the court on the motion [27] of the defendant, Loreal Stuckey.

Defendant requests her reporting date be delayed until her unborn child is delivered. Alternatively she requests that her reporting date be continued until arrangements can be made by the Bureau of Prisons to place her in a facility suitable to monitor her pregnancy.

Having reviewed the medical information submitted by Stuckey's physician, the court finds her pregnancy does not create such a serious health risk that she may not be incarcerated.

The court, however, understands that Stuckey's pregnancy requires proper medical care. The court finds that a delay in reporting is not required for Stuckey to receive such care. Medically appropriate care is available within the Bureau of Prison's facilities. The Bureau needs simply to designate Stuckey for a facility at which that care is available. The court therefore requests the Bureau to designate Stuckey for incarceration at the medical facility in the Federal Correctional Institute Lexington. The court further requests that the Bureau of Prisons consider Stuckey for entry into the Mothers and Infants Together (MINT) program.

The defendant's motion is DENIED.

This the 28th day of August, 2008

                                                **/s/ Michael P. Mills**
                                                CHIEF JUDGE
                                                U.S. DISTRICT COURT